UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case Nos.: | CV 19-05465-AB (AFMx)<br>**CV 19-05585-AB (AFMx)**<br>CV 19-05701-AB (AFMx) | Date: | September 12, 2019 |
|---|---|---|---|

Title: *William Morris Endeavor Entertainment, LLC v. Writers Guild of America, West, Inc. et al;*
***United Talent Agency, LLC v. Writers Guild of America, West, Inc. et al;***
*Creative Artists Agency, LLC v. Writers Guild of America, West, Inc. et al*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] **ORDER GRANTING DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO CONSOLIDATE RELATED CASES**

     Defendants and Counterclaimants Writers Guild of America West, Writers Guild of America East, and Counterclaimants Patricia Carr, Ashley Gable, Barbara Hall, Deric A. Hughes, David Simon, and Meredith Stiehm moved to consolidate for all purposes the above-captioned cases.   See Case No. 2:19-cv-05465, Dkt. No. 35; Case No. 2:19-cv-05585, Dkt. No. 31; Case No. 2:19-cv-05701, Dkt. No. 30.   Pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby **GRANTS** Defendants and Counterclaimants motions, and consolidates the above-referenced matters for all purposes, including trial. *See, e.g., Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989) (Under Federal Rules of Civil Procedure 42(a), a district court has broad discretion to consolidate two or more actions separate actions that involve a

common question of law or fact.). The Court accordingly **VACATES** the hearing on these motions, currently scheduled for October 11, 2019.

For ease of record keeping, the Court **ORDERS** that all further documents and proceedings occur under Case No. 2:19-cv-05465 and that all other cases are to be administratively closed.

**Counsel are directed to file all further documents under Case No. 2:19-cv-05465-AB (FFMx) only.** The documents should utilize the caption of the original filed case to which they relate.

Furthermore, plaintiffs are **ORDERED** to file an AMENDED consolidated complaint no later September 27, 2019. Plaintiff's motion to dismiss filed in 2:19-cv-05465, Dkt. No. 36, is **DENIED** as moot, subject to refiling in the consolidated action.

**IT IS SO ORDERED.**